April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WANDELL REID, Appellant

NO. 14-13-00178-CV                    V.

DOW CORNING CORPORATION, DOW CORNING WRIGHT
CORPORATION, FRANK J. GEROW MD, THOMAS D. CRONIN MD, DOW
CHEMICAL COMPANY, and
BAXTER HEALTHCARE CORPORATION Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Wandell Reid.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.